**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

NICHOLAS YINGLING,
Derivatively on behalf of Nominal
Defendant, REDWIRE
CORPORATION,

Plaintiff,

v. Case No. 3:24-cv-1172-TJC-LLL

PETER CANNITO, LES DANIELS,
REGGIE BROTHERS, JOANNE ISHAM,
KIRK KONERT, JONATHAN E. BALIFF,
and JOHN S. BOLTON,

Defendants.

---

**O R D E R**

Upon review, it is hereby

**ORDERED**:

1. The parties' Stipulated Joint Motion for Stay of the Case (Doc. 32) is **GRANTED**. The parties' stipulations as stated on page 5 of the motion are adopted and incorporated herein.

2. This case is **STAYED** and the Clerk shall **ADMINISTRATIVELY CLOSE** the file until further order, which shall be triggered by the filing of a joint notice from the parties.

3. The Court assumes the parties will keep themselves apprised of the

proceedings in the related case of Lemen v. Redwire Corp., Case No. 3:21-cv-1254-TJC-PDB.

**DONE AND ORDERED** in Jacksonville, Florida this 19th day of December, 2024.

Timothy J. Corrigan
TIMOTHY J. CORRIGAN
Senior United States District Judge

s.
Copies:
Counsel of record